# Exhibit A

THE STATE OF MAINE
CUMBERLAND COUNTY SUPERIOR COURT

MELENDEZ, MICHAEL (Pro Se)

vs.                                       CIVIL ACTION NO.

TARGET STORES, INC.

COMPLAINT with JURY DEMAND
(Damages TBD at Trial)

PARTIES TO THIS COMPLAINT:

1. Plaintiff Michael Melendez (1124 Brighton Ave., Ste. 38, Portland. ME 04102).

2. Target Stores, Inc. (1000 Nicollet Mall, Minneapolis, MN 55403). It is sued in its official capacity.

JURISDICTION AND VENUE

3. All events occurred in James City County, VA.

4. Defendant Target Store, Inc. operates its businesses within the confines of Cumberland County, Maine.

5. Title 4, §105 provides the Court with the powers, duties and authority necessary for exercising the jurisdiction in all matters within the jurisdiction of any of the Superior Courts.

1

## STATEMENT OF FACTS

6. All events occurred at Target (4630 Monticello Ave, Williamsburg, VA 23188).

7. Target (4630 Monticello Ave, Williamsburg, VA 23188) is owned by and/or in the control of Defendant Target Stores, Inc.

8. On Xx Plaintiff Melendez purchased luggage ($xxx) from Target.

9. Plaintiff utilized the self-checkout register to purchase the luggage.

10. The luggage was the first item Plaintiff scanned at the self-checkout register.

11. Plaintiff placed the luggage in the shopping cart after scanning the luggage.

12. Plaintiff's minor children were occupying the same shopping cart as the luggage.

13. Defendant Target pushed Plaintiff Melendez away from the shopping with their body.

14. Defendant Target removed the luggage from the shopping cart with Plaintiff's children.

15. Defendant Target removed the luggage from the cart after Plaintiff scanned the luggage.

16. Defendant Target rapidly and repeatedly shouted, "I need asset protection."

17. Defendant Target shouted while breathing heavily and operating a handheld radio.

## STATEMENT OF CLAIMS

### Claim One – Assault: Defendant Target Stores, Inc. (Official Capacity)

18. Defendant Target, with their body, pushed Plaintiff Melendez away from the shopping cart occupied by Plaintiff's minor children.

19. As a result of Defendant Target Store, Inc.'s actions, Plaintiff Melendez suffered: financial loss; loss of reputation; humiliation; severe mental suffering; and emotional distress.

### Claim Two – Assault: Defendant Target Stores, Inc. (Official Capacity)

2

20. Defendant Target grabbed and removed luggage from the shopping cart occupied by Plaintiff Melendez's minor children.

21. As a result of Defendant Target Store, Inc.'s actions, Plaintiff Melendez suffered: financial loss; loss of reputation; humiliation; severe mental suffering; and emotional distress.

**Claim Three – Defamation: Defendant Target Stores, Inc. (Official Capacity)**

22. Defendant Target, while breathing heavily and operating a radio from the staff's self-checkout station, rapidly announced multiple times, "I need asset protection."

23. As a result of Defendant Target Store, Inc.'s actions, Plaintiff Melendez suffered: financial loss; loss of reputation; humiliation; severe mental suffering; and emotional distress.

### PRAYER FOR RELIEF

A. Compensatory damages for all past and future economic losses incurred by Plaintiff resulting from Defendant Target Stores, Inc.'s misconduct, to be determined at trial.

B. General damages for all past and future mental suffering, emotional distress, loss of reputation, and embarrassment suffered by Plaintiff resulting from Defendant Target Stores, Inc.'s misconduct.

C. Punitive Damages

D. Pre-judgment and post-judgment interest.

E. Declare Defendant Target Stores, Inc.'s negligence taken in its official capacity as alleged above, violate VA Common Law.

F. Costs incurred in this action.

G. Such other further specific and general relief as may become apparent from discovery as this matter matures for trial.

H. A jury trial on all appropriate issues.

I. Any and all other relief this Court may deem appropriate.

Date: <u>September 25, 2025</u>                Signature: /s/ *Michael Melendez, pro se*
                                               Name: Michael Melendez
                                               Address: <u>1124 Brighton Ave. (Ste. 38),</u>
                                               <u>Portland, ME 04102</u>
                                               Telephone No.: <u>(915) 490-6715</u>
                                               <u>Melendezclaim@gmail.com</u>